NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EAGLE PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

**v.**

**SLAYBACK PHARMA LLC, APOTEX INC., APOTEX CORP.,**
*Defendants-Appellees*

---

2023-1110

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01256-CFC-JLH, Chief Judge Colm F. Connolly.

---

## JUDGMENT

---

GREGORY G. GARRE, Latham & Watkins LLP, Washington, DC, argued for plaintiff-appellant. Also represented by GABRIEL K. BELL, MICHAEL CLEMENTE; DANIEL BROWN, New York, NY; DAVID KOWALSKI, San Diego, CA.

CONSTANCE HUTTNER, Windels Marx Lane & Mittendorf, LLP, Madison, NJ, argued for defendant-appellee Slayback Pharma LLC. Also represented by JASON AARON LIEF.

ERIC THOMAS WERLINGER, Katten Muchin Rosenman LLP, Washington, DC, argued for defendants-appellees Apotex Inc., Apotex Corp.    Also represented by CHRISTOPHER FERENC, TIMOTHY H. GRAY; JOSEPH JANUSZ, JITENDRA MALIK, Charlotte, NC; DEEPRO MUKERJEE, LANCE SODERSTROM, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 16, 2024
Date

Jarrett B. Perlow
Clerk of Court